IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN JAMES NORIEGA, | § | |
| DARIUS LATRELL RICHARDSON, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:25-CV-01567-B |
| | § | |
| DALLAS COUNTY, TEXAS, | § | |
| Defendant. | § | |

**JOINT NOTICE TO THE COURT REGARDING SETTLEMENT**

TO THE HONORABLE COURT:

Plaintiffs, Adrian James Noriega and Darius Latrell Richardson, and Defendant, Dallas County, Texas (all collectively, "the Parties"), file this notice to inform the Court that the Parties have reached an agreement to settle all matters in dispute.

## I. Anticipated Settlement of All Claims

The Parties have reached a settlement agreement that will dispose of all remaining claims and defenses of all parties. Texas law requires that the settlement agreement be approved by the Dallas County Commissioners Court (the "Commissioners Court") in an open session meeting. The Commissioners Court's next meeting will be on Tuesday, 6 October 2026. The settlement agreement will be placed on the Commissioners Court's regular meeting agenda for that date, in compliance with the mandatory public notice requirements of the Texas Open Meetings Act.

If the Commissioners Court approves the settlement agreement, the Parties anticipate that the settlement terms will be concluded within **45 days** after the Commissioners Court's approval, which will include the filing of a formal stipulation of dismissal with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## II. OTHER MATTERS AFFECTED BY THE ANTICIPATED SETTLEMENT

On 10 July 2026, the Court entered an Electronic Order extending the discovery and mediation deadline to 30 September 2026. *See* ECF No. 37. No other deadlines were affected by that order. *See id.* In the interest of conserving the Court's and the Parties' resources, the Parties respectfully urge that the Court abate the mediation requirement of the 10 July 2026 Electronic Order by sixty (60) days, to allow the Commissioners Court to approve the anticipated settlement on 6 October 2026, and for the Parties to effect its terms.

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ James A. Spangler, Jr.*<br>Texas Bar No. 24106454<br>jim@spanglerlaw.com<br><br>Huma T. Yasin<br>Texas Bar No. 24115971<br>hyasin@spanglerlaw.com<br><br>David A. Burns<br>Texas Bar No. 24126298<br>dburns@spanglerlaw.com<br><br>**Spangler Law PLLC**<br>1700 Pacific Ave., Suite 2620<br>Dallas, TX 75201<br>Telephone: 214-932-3030<br>Fax: 972-275-9937<br><br>**Attorneys for the Plaintiffs** | Respectfully submitted,<br><br>JOHN CREUZOT<br>CRIMINAL DISTRICT ATTORNEY<br>DALLAS COUNTY, TEXAS<br><br>*s/ Jason G. Schuette* [with permission]<br>Assistant District Attorney<br>Texas State Bar No. 17827020<br>jason.schuette@dallascounty.org<br><br>Civil Division<br>Dallas County Records Building<br>500 Elm Street, Suite 6300<br>Dallas, Texas 75202<br>Telephone: 214.653.7358<br>Telecopier: 214.653.6134<br><br>ATTORNEY FOR THE DEFENDANT,<br>DALLAS COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I certify that on 22 September 2026, I caused the foregoing document to be filed with the Clerk of this Court and served to all counsel of record via the Court's CM/ECF system, in compliance with Rule 5 of the Federal Rules of Civil Procedure.

*s/ James A. Spangler, Jr.*